UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>        Defendants. | Case No. 1:22-cv-01150-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

Plaintiff is a civil detainee proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq*. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On September 9, 2022, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2). Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated: **September 13, 2022**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1