# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER,<br><br>              Plaintiff,<br><br>       v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>              Defendants. | Case No. 1:22-cv-01150-NODJ-EPG (PC)<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 27) |

On March 5, 2024, the parties filed a joint stipulation, dismissing this action without prejudice, and with each party to bear their own attorney fees and costs. (ECF No. 27). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case. All pending motions and deadlines are terminated.

IT IS SO ORDERED.

Dated:   **March 5, 2024**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1